Official Form 1 (04/10)

| United States Bankruptcy Court<br>DISTRICT OF *PUERTO RICO* | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>*CASA BARCA CORP.,*<br>*a Corporation* | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*aka MIRO SEAFOOD BAR & GRILL* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) Complete EIN<br>(if more than one, state all): *660-730262* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>*AVE. ASHFORD 1210-14*<br>*CONDADO*<br>*San Juan PR*　ZIPCODE *00907* | Street Address of Joint Debtor(No. and Street, City, and State):　ZIPCODE |
| County of Residence or of the<br>Principal Place of Business:　*PR* | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor(if different from street address):<br>*P.O. BOX 16441*<br>*San Juan PR*　ZIPCODE *00908-6441* | Mailing Address of Joint Debtor(if different from street address):　ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): *SAME*　ZIPCODE |  |

**Type of Debtor** (Form of organization)

(Check one box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (if debtor is not one of the above entities, check this box and state type of entity below

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other　*RESTAURANT*

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- ☒ Debts are primarily business debts.

**Chapter 11 Debtors:**

Check one box:

- ☒ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:

- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee**(Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s):<br>***CASA BARCA CORP.,***<br>***a Corporation*** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years  (If more than two, attach additional sheet)

| Location Where Filed:<br>***NONE*** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor  (If more than one, attach additional sheet)

| Name of Debtor:<br>***NONE*** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____  *9/8/2010*<br>Signature of Attorney for Debtor(s)  Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor – Venue
(Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**CASA BARCA CORP.,**<br>**a Corporation** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

9/8/2010
(Date)

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

**WILLIAM VIDAL CARVAJAL 124803**
Printed Name of Attorney for Debtor(s)

**WILLIAM VIDAL CARVAJAL LAW OFFICES**
Firm Name

**MCS PLAZA, SUITE 801**
Address

**AVE. PONCE DE LEON**

**San Juan PR 00918**

**787-399-6415**
Telephone Number

**9/8/2010**
Date

†In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**LESTER NIEVES LOSADA**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**9/8/2010**
Date

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

In re *CASA BARCA CORP., a Corporation*
*aka MIRO SEAFOOD BAR & GRILL*

Case No.
Chapter *11*

_____ / Debtor

Attorney for Debtor: *WILLIAM VIDAL CARVAJAL*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *0.00*
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____ *10,000.00*
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *0.00*

3. $____*1,039.00*____ of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
   *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
   *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
   *None*

Dated: *9/ 8/2010*                    Respectfully submitted,

                                      X_____
Attorney for Petitioner *WILLIAM VIDAL CARVAJAL*
                        *WILLIAM VIDAL CARVAJAL LAW OFFICES*
                        *MCS PLAZA, SUITE 801*
                        *AVE. PONCE DE LEON*
                        *San Juan PR  00918*
                        *787-399-6415*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

In re *CASA BARCA CORP., a Corporation*

    *aka MIRO SEAFOOD BAR & GRILL*

Case No.

Chapter   *11*

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $ 0.00 | | |
| B-Personal Property | Yes | 5 | $ 677,759.41 | | |
| C-Property Claimed as Exempt | No | 0 | | | |
| D-Creditors Holding Secured Claims | Yes | 1 | | $ 0.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $ 77,858.75 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | $ 667,522.57 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | No | 0 | | | $ 0.00 |
| J-Current Expenditures of Individual Debtor(s) | No | 0 | | | $ 0.00 |
| TOTAL | | 21 | $ 677,759.41 | $ 745,381.32 | |

In re _CASA BARCA CORP., a Corporation_       Case No. _____
                Debtor                                                           (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, _LESTER NIEVES LOSADA_ , _President_ of the _Corporation_
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___22___ sheets,
and that they are true and correct to the best of my knowledge, information, and belief.

Date: _9/8/2010_                       Signature _____
                                       Name: _LESTER NIEVES LOSADA_
                                       Title: _President_

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

In re  *CASA BARCA CORP.*
_____,   Case No._____
  Debtor(s)                                                              (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband—H Wife—W Joint—J Community—C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *None* | | | | *None* |
| | | | **TOTAL $** | *0.00* |
| | | | (Report also on Summary of Schedules.) | |

No continuation sheets attached

In re _CASA BARCA CORP._ _____ ,    Case No. _____
         Debtor(s)                                                      (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband—H Wife—W Joint—J Community—C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | CASH ON HAND<br>BALANCE AS OF 07/31/2010<br>Location: In debtor's possession | | $ 473.11 |
| | | PETTY CASH<br>BALANCE AS OF 07/31/2010<br>Location: In debtor's possession | | $ 200.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | BANCO POPULAR (WESTERNBANK)<br>SAVINGS ACCOUNT NO. 004604008730<br>BANK STATEMENT BALANCE AS OF 07/31/2010<br>Location: In debtor's possession | | $ 0.00 |
| | | BANCO POPULAR (WESTERNBANK)<br>CHECKING ACCOUNT NO. 004604009493<br>BANK STATEMENT BALANCE AS OF 07/31/2010<br>Location: In debtor's possession | | $ 772.98 |
| | | BANCO POPULAR (WESTERNBANK)<br>PAYROLL ACCOUNT NO. 004604008802<br>BANK STATEMENT BALANCE AS OF 07/31/2010<br>Location: In debtor's possession | | $ 3,553.41 |
| | | BANCO POPULAR (WESTERNBANK)<br>CHECKING ACCOUNT NO. 004604008730<br>BANK STATEMENT BALANCE AS OF 07/31/2010<br>Location: In debtor's possession | | $ 956.76 |

In re _CASA BARCA CORP._ ,                    Case No. _____
_____
                  Debtor(s)                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband–H Wife–W Joint–J Community–C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | BANCO SANTANDER TAX CHECKING ACCOUNT NO. 3004724347 BALANCE AS OF 09/02/2010 Location: In debtor's possession | | $ 3,021.00 |
| | | BANCO SANTANDER PAYROLL CHECKING ACCOUNT NO. 3004724363 BALANCE AS OF 09/02/2010 Location: In debtor's possession | | $ 922.00 |
| | | BANCO SANTANDER OPERATING CHECKING ACCOUNT NO. 3004724355 BALANCE AS OF 09/02/2010 Location: In debtor's possession | | $ 18,885.01 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | DEPOSIT FOR LEASE AGREEMENT WITH F.A.O., S.E. BALANCE AS OF 07/31/2010 Location: In debtor's possession | | $ 30,000.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |

In re CASA BARCA CORP.
_____,          Case No. _____
              Debtor(s)                                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | | ACCOUNTS RECEIVABLE - FROM EMPLOYEES BALANCE AS OF 07/31/2010 Location: In debtor's possession | | $ 976.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | GOODWILL (INTANGIBLE ASSET) BOOK BALANCE AS OF 07/31/2010 PURSUANT TO GENERALLY ACCEPTED ACCOUNTING PRINCIPLES Location: In debtor's possession | | $ 419,504.86 |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | X | | | |

In re _CASA BARCA CORP._ ,      Case No. _____
        Debtor(s)                                            (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband—H<br>Wife—W<br>Joint—J<br>Community—C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | | FURNITURE AND FIXTURES<br>NET BOOK BALANCE AS OF 07/31/2010<br>Location: In debtor's possession | | $ 21,173.11 |
| | | RESTAURANT EQUIPMENT<br>NET BOOK BALANCE AS OF 07/31/2010<br>Location: In debtor's possession | | $ 47,237.03 |
| 30. Inventory. | | INVENTORY - BEVERAGE<br>BOOK BALANCE AS OF 07/31/2010<br>Location: In debtor's possession | | $ 6,462.69 |
| | | INVENTORY - FOOD<br>BOOK BALANCE AS OF 07/31/2010<br>Location: In debtor's possession | | $ 10,171.71 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | LEASEHOLD IMPROVEMENTS<br>BALANCE AS PER UNAUDITED FINANCIAL<br>STATEMENTS AS OF 07/31/2010<br>Location: In debtor's possession | | $ 92,741.04 |
| | | PREPAID INSURANCE<br>BALANCE AS PER UNAUDITED FINANCIAL<br>STATEMENTS AS OF 07/31/2010 | | $ 1,599.80 |

In re _CASA BARCA CORP._                       ,        Case No. _____

                   Debtor(s)                                                        (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband—H<br>Wife—W<br>Joint—J<br>Community—C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Location: In debtor's possession | | |
| | | PREPAID TAXES<br>BALANCE AS PER UNAUDITED FINANCIAL<br>STATEMENTS AS OF 07/31/2010<br>Location: In debtor's possession | | $ 894.33 |
| | | PREPAID WORKMEN'S COMPENSATION<br>BALANCE AS PER UNAUDITED FINANCIAL<br>STATEMENTS AS OF 07/31/2010<br>Location: In debtor's possession | | $ 18,214.57 |
| | | | Total ➡ | $ 677,759.41 |

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6D (Official Form 6D) (12/07)

In re _CASA BARCA CORP._  
_____  
**Debtor(s)**

Case No._____  
(if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☒ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| No continuation sheets attached | | | Subtotal $ (Total of this page) | | | $ 0.00 | $ 0.00 |
| | | | Total $ (Use only on last page) | | | $ 0.00 | $ 0.00 |
| | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (04/10)

In re _CASA BARCA CORP._ ,
　　　　　　　　Debtor(s)

Case No._____
(if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_2_ **continuation sheets attached**

In re *CASA BARCA CORP.*                                         ,          Case No._____
                        **Debtor(s)**                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 1**<br>DEPARTAMENTO DE HACIENDA DE PR<br>BANKRUPTCY SECTION (424-B)<br>P.O. BOX 9024140<br>San Juan PR 00902-4140 | | | 06/30/2010<br>SALES & USE TAXES<br>(CASA DALI, CORP.) | | | | $ 22,107.00 | $ 22,107.00 | $ 0.00 |
| Account No:<br>**Creditor # : 2**<br>DEPARTAMENTO DE HACIENDA DE PR<br>BANKRUPTCY SECTION (424-B)<br>P.O. BOX 9024140<br>San Juan PR 00902-4140 | | | 12/31/2009<br>INCOME TAX WITHHELD | | | | $ 3,853.87 | $ 3,853.87 | $ 0.00 |
| Account No:<br>**Creditor # : 3**<br>DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS<br>PO BOX 191020<br>San Juan PR 00919-4355 | | | 06/14/2009<br>DISBILITY AND UNEMPLOYMENT TAXES<br>(CASA DALI, CORP.) | | | | $ 3,541.38 | $ 3,541.38 | $ 0.00 |
| Account No:<br>**Creditor # : 4**<br>DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS<br>PO BOX 191020<br>San Juan PR 00919-4355 | | | 07/25/2010<br>DISABILITY TAXES | | | | $ 579.55 | $ 579.55 | $ 0.00 |
| Account No:<br>**Creditor # : 5**<br>DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS<br>PO BOX 191020<br>San Juan PR 00919-4355 | | | 07/25/2010<br>UNEMPLOYMENT TAXES | | | | $ 13,169.98 | $ 13,169.98 | $ 0.00 |
| Account No:<br>**Creditor # : 6**<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>Philadelphia PA 19114 | | | 07/25/2010<br>SOCIAL SECURITY AND MEDICARE (FICA) | | | | $ 9,648.03 | $ 9,648.03 | $ 0.00 |

Sheet No. _1_ of _2_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotal $ (Total of this page) | 52,899.81 | 52,899.81 | 0.00 |
|---|---|---|---|---|
| | **Total $** (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | | | |
| | **Total $** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | | |

In re _CASA BARCA CORP._ _____ ,     Case No._____
                          **Debtor(s)**                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Taxes and Certain Other Debts Owed to Governmental Units_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred and Consideration for Claim H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 7<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>Philadelphia PA 19114 | | 07/25/2010<br>FEDERAL UNEMPLOYMENT TAXES<br>(FUTA) | | | | $ 635.04 | $ 635.04 | $ 0.00 |
| Account No:<br>Creditor # : 8<br>MUNICIPIO DE SAN JUAN<br>PO BOX 4355<br>San Juan PR 00901-4355 | | 06/30/2010<br>SALES & USE TAXES<br>(CASA DALI, CORP.) | | | | $ 3,718.00 | $ 3,718.00 | $ 0.00 |
| Account No:<br>Creditor # : 9<br>MUNICIPIO DE SAN JUAN<br>P.O. BOX 4355<br>San Juan PR 00901-4355 | | 07/26/2010<br>MUNICIPAL TAXES | | | | $ 894.33 | $ 894.33 | $ 0.00 |
| Account No:<br>Creditor # : 10<br>STATE INSURANCE FUND CORP.<br>P.O. BOX 365028<br>San Juan PR 00936-5028 | | 06/14/2009<br>WORKMEN'S COMPENSATION INSURANCE<br>(CASA DALI, CORP.) | | | | $ 19,711.57 | $ 19,711.57 | $ 0.00 |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |

Sheet No. _2_ of _2_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotal $ (Total of this page) | 24,958.94 | 24,958.94 | 0.00 |
|---|---|---|---|---|
| | **Total $**<br>(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 77,858.75 | | |
| | **Total $**<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | 77,858.75 | 0.00 |

In re  CASA BARCA CORP.                                                    ,                    Case No._____
                          **Debtor(s)**                                                                          *(if known)*

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H–Husband W–Wife J–Joint C–Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| **Account No:**<br>**Creditor # : 1**<br>**AGUSTIN PEREZ DEL ROSARIO**<br>**C/O CLARIBEL MATIAS**<br>**P.O. BOX 21361**<br>**San Juan PR 00928-1361** | | *02/17/2010*<br>*SUITS - UNJUSTIFIED DISMISSAL*<br>*AND LUNCH TIME*<br>*CASE NO. A1-D1-DP-0432-08*<br>*AND A1-D1-SL-0517-08* | X | X | X | $ 24,520.00 |
| **Account No:**<br>**Creditor # : 2**<br>**AXESA**<br>**P.O. BOX 70373**<br>**San Juan PR 00936-8373** | | *07/31/2010*<br>*ADVERTISING* | | | | $ 79.00 |
| **Account No:**<br>**Creditor # : 3**<br>**B. FERNANDEZ & HNOS., INC.**<br>**P.O. BOX 363629**<br>**San Juan PR 00936-3629** | | *07/21/2010*<br>*FOOD INVENTORY PURCHASES* | | | | $ 5,998.53 |
| **Account No:**<br>**Creditor # : 4**<br>**BALLESTER HERMANOS, INC.**<br>**P.O. BOX 364548**<br>**San Juan PR 00936-4548** | | *06/30/2010*<br>*FOOD INVENTORY PURCHASES* | | | | $ 6,522.83 |

_8_ continuation sheets attached

| | |
|---|---|
| Subtotal $ | $ 37,120.36 |
| Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re *CASA BARCA CORP.* _____,       Case No._____

**Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 5 BANCO POPULAR DE PUERTO RICO BANKRUPTCY DEPARTMENT G.P.O. BOX 366818 San Juan PR 00936 | | 06/30/2010 WORKING CAPITAL - CREDIT LINE | | | | $ 35,800.00 |
| Account No: Creditor # : 6 BLEND MARKET PMB 274, P.O. BOX 4985 Caguas PR 00726-4985 | | 06/11/2010 RESTAURANT SUPPLIES | | | | $ 74.90 |
| Account No: Creditor # : 7 CAFE YAUCONO P.O. BOX 13097 San Juan PR 00908-3097 | | 07/21/2010 FOOD INVENTORY PURCHASES | | | | $ 1,136.50 |
| Account No: Creditor # : 8 CARIBE FINE FOOD P.O. BOX 10585 San Juan PR 00922 | | 03/23/2010 FOOD INVENTORY PURCHASES | | | | $ 148.75 |
| Account No: Creditor # : 9 CORP. DE LAS ARTES ESCENICO- P.O. BOX 41227 San Juan PR 00940-1227 | | 07/21/2010 ADVERTISING | | | | $ 800.00 |
| Account No: Creditor # : 10 CRIM P.O. BOX 195387 San Juan PR 00919-5387 | | 12/31/2008 PROPERTY TAXES | | | | $ 6,872.52 |

Sheet No.   *1*  of   *8*  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 44,832.67

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _CASA BARCA CORP._ _____ ,  Case No._____

**Debtor(s)**  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 11 DANNY CARRASCO CUEVAS C/O CLARIBEL MATIAS P.O. BOX 21361 San Juan PR 00920-1361 | | 02/17/2010 SUIT - UNJUSTIFIED DISMISSAL CASE NO. A1-D1-DP-0433-08 | X | X | X | $ 13,744.50 |
| Account No: Creditor # : 12 DEPARTAMENTO DE HACIENDA DE PR BANKRUPTCY SECTION (424-B) P.O. BOX 9024140 San Juan PR 00902-4140 | | 07/31/2010 SALES & USE TAXES | | | | $ 3.87 |
| Account No: Creditor # : 13 DEPARTAMENTO DE HACIENDA DE PR BANKRUPTCY SECTION (424-B) P.O. BOX 9024140 San Juan PR 00902-4140 | | 12/31/2009 INCOME TAX WITHELD SURCHARGES | | | | $ 313.80 |
| Account No: Creditor # : 14 DESTILERIA SERRALLES, INC. APARTADO 198 Mercedita PR 00715 | | 07/21/2010 BEVERAGE INVENTORY PURCHASES | | | | $ 1,722.74 |
| Account No: Creditor # : 15 DIAZ CANSECO FOOD SERVICE P.O. BOX 364765 San Juan PR 00936-4765 | | 08/05/2010 FOOD INVENTORY PURCHASES | | | | $ 11,322.69 |
| Account No: Creditor # : 16 DISTRIBUIDORA V.W., INC. P.O. BOX 8576 San Juan PR 00910 | | 07/21/2010 FOOD INVENTORY PURCHASES | | | | $ 210.50 |

Sheet No. __2__ of __8__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 27,318.10

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _CASA BARCA CORP._ _____,   Case No._____

**Debtor(s)**

(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 17 ECOLAB CALL BOX 60-7086 Bayamon PR 00959-7086 | | 07/31/2010 KITCHEN CLEANING SUPPLIES | | | | $ 7,031.56 |
| Account No: Creditor # : 18 EURO BREAD IMPORTS P.O. BOX 37759 San Juan PR 00937-0759 | | 08/31/2010 FOOD INVENTORY PURCHASES | | | | $ 4,099.96 |
| Account No: Creditor # : 19 F.A.O. S.E. PMB 302, TABUNOCO B-5 SUITE 216 Guaynabo PR 00968 | | 08/10/2010 RENTS DUE UNDER CONTRACT | | | | $ 36,777.86 |
| Account No: Creditor # : 20 GERARDO ESTRADA LUPIAÑEZ C/O CLARIBEL MATIAS P.O. BOX 21361 San Juan PR 00928-1361 | | 02/17/2009 SUIT -UNJUSTIFIED DISMISSAL, MEAL PERIOD AND ACCRUED VACATIONS DAYS CASE NO. A1-D1-DP-0295-08 AND A1-D1-SL-0188-09 | X | X | X | $ 6,597.90 |
| Account No: Creditor # : 21 HUMITECH PR PMB 159 Guaynabo PR 00969 | | 08/10/2009 MAINTENANCE FEES | | | | $ 90.00 |
| Account No: Creditor # : 22 INTERNATIONAL SEAWORLD, INC. P.O. BOX 226348 Miami FL 33122 | | 07/21/2010 FOOD INVENTORY PURCHASES | | | | $ 1,980.24 |

Sheet No. _3_ of _8_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 56,577.52

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re  *CASA BARCA CORP.*                                                      ,          Case No._____

               **Debtor(s)**                                                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 23**<br>*JOHN NAPOLI & ASSOCIATES, INC.*<br>*P.O. BOX 9066560*<br>*San Juan PR 00906-6560* | | | 08/11/2010<br>*RESTAURANT SUPPLIES AND EQUIPMENT* | | | | $ 887.87 |
| Account No:<br>**Creditor # : 24**<br>*JOSE LAVILLA MENA*<br>*CONDOMINIO CANDINA ONE*<br>*CALLE CANDINA #1, APT. 12*<br>*San Juan PR 00907* | | | 07/24/2010<br>*DUE TO FORMER OWNER*<br>*UNDER BUSINESS PURCHASE AGREEMENT* | | | | $ 263,795.29 |
| Account No:<br>**Creditor # : 25**<br>*JOSE SANTIAGO, INC.*<br>*P.O. BOX 191795*<br>*San Juan PR 00919-1795* | | | 04/15/2009<br>*FOOD INVENTORY PURCHASES* | | | | $ 5,095.71 |
| Account No:<br>**Creditor # : 26**<br>*JULIO CASTILLO*<br>*C/O CLARIBEL MATIAS*<br>*P.O. BOX 21361*<br>*San Juan PR 00926-1361* | | | *SUIT -UNJUSTIFIED DISMISSAL, MEAL PERIOD AND ACCRUED VACATION DAYS CASE NO. A1-SL-0283-08* | X | X | X | $ 7,281.68 |
| Account No:<br>**Creditor # : 27**<br>*LESTER NIEVES LOSADA*<br>*P.O. BOX 16441*<br>*San Juan PR 00908-6441* | | | 07/31/2010<br>*DUE TO SHAREHOLDER*<br>*CASH CONTRIBUTIONS* | | | | $ 82,854.21 |
| Account No:<br>**Creditor # : 28**<br>*M. SLAVIN SONS*<br>*800 FOOD CENTER DRIVE, UNIT 3*<br>*Bronx NY 10474* | | | 07/21/2010<br>*FOOD INVENTORY PURCHASES* | | | | $ 23,221.18 |

Sheet No. _4_ of _8_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                            Subtotal $ | $ 383,135.94

            Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _CASA BARCA CORP._ _____,  Case No._____

Debtor(s)

(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 29<br>MEDALLA DISTRIBUTORS<br>P.O. BOX 51985<br>Toa Baja PR 00950-1985 | | | 07/21/2010<br>BEVERAGE INVENTORY PURCHASES | | | | $ 2,927.49 |
| Account No:<br>Creditor # : 30<br>MENDEZ COMPANY<br>P.O. BOX 363348<br>San Juan PR 00936-3348 | | | 07/21/2010<br>BEVERAGE INVENTORY PURCHASES | | | | $ 3,842.85 |
| Account No:<br>Creditor # : 31<br>NACADI ACCOUNTING & TAX SERVICES, CORP.<br>P.O. BOX 11217<br>San Juan PR 00926 | | | 07/31/2010<br>ACCOUNTING AND TAX SERVICES | | | | $ 600.00 |
| Account No:<br>Creditor # : 32<br>NELSON QUILES VELEZ<br>C/O CLARIBEL MATIAS<br>P.O. BOX 21361<br>San Juan PR 00928-1361 | | | 05/03/2010<br>SUITS - SALARIES AND UNJUSTIFIED DISMISSAL<br>CASE NO. A2-DI-SL-18<br>AND DP-159-09 | X | X | X | $ 1.00 |
| Account No:<br>Creditor # : 33<br>NORTHWESTERN SELECTA, INC.<br>P.O. BOX 10718<br>CAPARRA HEIGHTS STATION<br>San Juan PR 00922-0718 | | | 06/03/2010<br>FOOD INVENTORY PURCHASES<br>CIVIL NO. KCD2010-2036 (905) | | | | $ 27,525.61 |
| Account No:<br>Creditor # : 34<br>OPEN TABLE, INC.<br>P.O. BOX 49322<br>San Jose CA 95161-9322 | | | 07/01/2010<br>WEB SERVICES | | | | $ 1,350.14 |

Sheet No. _5_ of _8_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 36,247.09<br>Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _CASA BARCA CORP._ _____ ,   Case No. _____

**Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 35 PAYCO FOODS P.O. BOX 11219 CAPARRA HEIGHT STA. San Juan PR 00922 | | | 07/21/2010 FOOD INVENTORY PURCHASES | | | | $ 159.00 |
| Account No: Creditor # : 36 PECHE DE PUERTO RICO CALLE JULIO ANDINO #683 VILLA PRADES San Juan PR 00924 | | | 07/21/2010 FOOD INVENTORY PURCHASES | | | | $ 2,558.33 |
| Account No: Creditor # : 37 PEDRO COLON PEÑA C/O CLARIBEL MATIAS P.O. BOX 21361 San Juan PR 00928-1361 | | | 02/17/2010 SUIT - UNJUSTIFIED DISMISSAL CASE NO. A1-D1-DP-0444-06 | X | X | X | $ 8,119.38 |
| Account No: Creditor # : 38 PESCADERIA ATLANTICA P.O. BOX 1033 Sabana Seca PR 00952-1033 | | | 08/09/2010 FOOD INVENTORY PURCHASES CIVIL NO. KCD2009-2767 (505) | | | | $ 4,496.43 |
| Account No: Creditor # : 39 PLAZA CELLARS P.O. BOX 363328 San Juan PR 00936-3328 | | | 07/21/2010 BEVERAGE INVENTORY PURCHASES | | | | $ 2,574.05 |
| Account No: Creditor # : 40 PR ELECTRIC POWER (PREPA) BANKRUPTCY OFFICE P.O. BOX 364267 San Juan PR 00936-4267 | | | 06/15/2010 UTILITIES ACCOUNT NO. 011 0498288 0027 ACCOUNT IN NAME OF F.A.O. S.E. | | | | $ 14,768.46 |

Sheet No. 6 of 8 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 32,675.65

Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _CASA BARCA CORP._ _____,   Case No. _____
  **Debtor(s)**                                                    _(if known)_

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 41<br>PRIME MEAT & SEAFOOD<br>356 AMERICO MIRANDA AVE.<br>San Juan PR 00927 | | 11/17/2009<br>FOOD INVENTORY PURCHASES | | | | $ 1,324.37 |
| Account No:<br>Creditor # : 42<br>PRO ARTE<br>P.O. BOX 361812<br>San Juan PR 00936-1812 | | 07/21/2010<br>ADVERTISING | | | | $ 267.50 |
| Account No:<br>Creditor # : 43<br>QUINTANA HERMANOS, INC.<br>P.O. BOX 364706<br>San Juan PR 00936-4706 | | 07/21/2010<br>BEVERAGE INVENTORY PURCHASES | | | | $ 2,731.90 |
| Account No:<br>Creditor # : 44<br>R & M SECURETECH CORP.<br>BOX 51468<br>Toa Baja PR 00950-1468 | | 07/21/2010<br>ELECTRONIC SECURITY SYSTEM | | | | $ 483.00 |
| Account No:<br>Creditor # : 45<br>REFRICENTRO<br>380 BARBOSA AVE.<br>San Juan PR 00917 | | 07/21/2010<br>REFRIGERATION EQUIPMENT | | | | $ 110.21 |
| Account No: 0819<br>Creditor # : 46<br>SAN JUAN GAS<br>P.O. BOX 9021632<br>San Juan PR 00902-1632 | | 07/24/2010<br>GAS SUPPLIER | | | | $ 5,978.53 |

Sheet No. __7__ of __8__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 10,895.51

Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _CASA BARCA CORP._ _____,  Case No. _____
                **Debtor(s)**                                                               (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 47<br>SEA WORLD, INC.<br>P.O. BOX 361986<br>San Juan PR 00936-1986 | | | 07/21/2010<br>FOOD INVENTORY PURCHASES | | | | $ 10,439.65 |
| Account No:<br>Creditor # : 48<br>STATE INSURANCE FUND CORP.<br>P.O. BOX 365028<br>San Juan PR 00936-5028 | | | 06/30/2008<br>WORKMEN COMPENSATION INSURANCE<br>(CASA DALI CORP.) | | | | $ 21,704.78 |
| Account No:<br>Creditor # : 49<br>TEATRO DE LA OPERA, INC.<br>#33 BOLIVIA ST.<br>4TH FLOOR<br>San Juan PR 00917 | | | 07/21/2010<br>ADVERTISING | | | | $ 750.00 |
| Account No:<br>Creditor # : 50<br>THE PRINTER LION<br>P.O. BOX 366127<br>San Juan PR 00936-6127 | | | 03/10/2010<br>ADVERTISING | | | | $ 165.85 |
| Account No:<br>Creditor # : 51<br>V. SUAREZ & CO., INC.<br>P.O. BOX 364588<br>San Juan PR 00936-4588 | | | 07/21/2010<br>FOOD AND BEVERAGE INVENTORY<br>PURCHASES | | | | $ 5,658.45 |
| Account No:<br>Creditor # : 52<br>VENROD TRADING COMPANY, INC.<br>1138 AVE. FD ROOSEVELT<br>URB. PUERTO NUEVO<br>San Juan PR 00920-2906 | | | 2009<br>SUIT - COLLECTION OF MONEY<br>CIVIL NO. KCD2009-2605 (905) | | | | $ 1.00 |

Sheet No. _8_ of ____8_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                **Subtotal $**      $ 38,719.73

**Total $**      $ 667,522.57
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _CASA BARCA CORP._ _____ / Debtor    Case No. _____

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| _ECOLAB_<br>_CALL BOX 60-7086_<br>_Bayamon PR  00959-7086_ | Contract Type: _Lease Contract_<br>Terms: _MONTH TO MONTH_<br>Beginning date: _6/15/2009_<br>Debtor's Interest: _Lessee_<br>Description: _LEASE OF RESTAURANT CLEANING EQUIPMENT_<br><br>Buyout Option: _NO_ |
| _F.A.O., S.E._<br>_PMB 302, TABONUCO B-5_<br>_SUITE 216_<br>_Guaynabo PR   00968_ | Contract Type: _Lease Contract_<br>Terms: _SEVEN (7) YEARS_<br>Beginning date: _6/15/2009_<br>Debtor's Interest: _Lessee_<br>Description: _LEASE OF COMMERCIAL SPACE #A1 LOCATED AT_<br>_ASHFORD AVE. #1210-1214, CONDADO, SANTURCE_<br>_PUERTO RICO_<br><br>Buyout Option: _NO_ |
| _OPEN TABLE, INC._<br>_P.O. BOX 49322_<br>_San Jose CA   95161-9322_ | Contract Type: _Service contract_<br>Terms: _MONTH TO MONTH_<br>Beginning date: _6/15/2009_<br>Debtor's Interest: _SERVICES RECEPIENT_<br>Description: _ONLINE RESERVATION SYSTEM_<br><br>Buyout Option: _N/A_ |
| _R & M SECURETECH CORP._<br>_P.O. BOX 51468_<br>_Toa Baja PR  00950-1468_ | Contract Type: _Service contract_<br>Terms: _MONTH TO MONTH_<br>Beginning date: _6/15/2009_<br>Debtor's Interest: _SERVICES RECEPIENT_<br>Description: _MAINTENANCE OF THE ELECTRONIC SECURITY SYSTEM_<br><br>Buyout Option: _N/A_ |

In re _CASA BARCA CORP._ _____ / Debtor   Case No. _____

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

In re *CASA BARCA CORP.*
   *a  Corporation*
      *aka MIRO SEAFOOD BAR & GRILL*

Case No.
Chapter *11*

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>*JOSE LAVILLA MENA*<br>*CONDOMINIO CANDINA ONE*<br>*CALLE CANDINA #1, APT. 12*<br>*San Juan PR 00907* | Phone: 787-343-4438<br>*JOSE LAVILLA MENA*<br>*CONDOMINIO CANDINA ONE*<br>*CALLE CANDINA #1, APT. 12*<br>*San Juan PR 00907* | *DUE TO FORMER OWNER* | | $ 263,795.29 |
| 2<br>*STATE INSURANCE FUND CORP.*<br>*P.O. BOX 365028*<br>*San Juan PR 00936-5028* | Phone: 787-793-5959<br>*STATE INSURANCE FUND CORP.*<br>*WALLY DE LA ROSA VIDAL*<br>*P.O. BOX 365028*<br>*San Juan PR 00936-5028* | *WORKMEN'S COMPENSATION INSURANCE* | | $ 41,416.35 |
| 3<br>*F.A.O. S.E.*<br>*PMB 302, TABUNOCO B-5*<br>*SUITE 216*<br>*Guaynabo PR 00968* | Phone: 787-565-2240<br>*F.A.O. S.E.*<br>*OSCAR JUELLE*<br>*PMB 302, TABUNOCO B-5 ST*<br>*Guaynabo PR 00968* | *RENTS DUE UNDER CONTRACT* | | $ 36,777.86 |
| 4<br>*BANCO POPULAR DE PUERTO RICO*<br>*BANKRUPTCY DEPARTMENT*<br>*G.P.O. BOX 366818*<br>*San Juan PR 00936* | Phone: 787-753-7849<br>*BANCO POPULAR DE PUERTO RICO*<br>*BANKRUPTCY DEPARTMENT*<br>*G.P.O. BOX 366818*<br>*San Juan PR 00936* | *WORKING CAPITAL - CREDIT LINE* | | $ 35,800.00 |
| 5<br>*DEPARTAMENTO DE HACIENDA DE PR*<br>*BANKRUPTCY SECTION (424-B)*<br>*P.O. BOX 9024140*<br>*San Juan PR 00902-4140* | Phone: 787-723-4315<br>*DEPARTAMENTO DE HACIENDA DE PR*<br>*LYDIA MONTES*<br>*P.O. BOX 9024140*<br>*San Juan PR 00902-4140* | *TAXES* | | $ 27,644.42 |

_____ ,
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|---|
| 6<br>NORTHWESTERN SELECTA, INC.<br>P.O. BOX 10718<br>CAPARRA HEIGHTS STATION<br>San Juan PR 00922-0718 | Phone: 787-781-1950<br>NORTHWESTERN SELECTA, INC.<br>P.O. BOX 10718<br>CAPARRA HEIGHTS STATION<br>San Juan PR 00922-0718 | FOOD INVENTORY PURCHASES | | | $ 27,525.61 |
| 7<br>AGUSTIN PEREZ DEL ROSARIO<br>C/O CLARIBEL MATIAS<br>P.O. BOX 21361<br>San Juan PR 00928-1361 | Phone: 787-754-6071<br>AGUSTIN PEREZ DEL ROSARIO<br>C/O CLARIBEL MATIAS<br>P.O. BOX 21361<br>San Juan PR 00928-1361 | SUITS - UNJUSTIFIED DISMISSAL | C U D | | $ 24,520.00 |
| 8<br>M. SLAVIN SONS<br>800 FOOD CENTER DRIVE, UNIT 3<br>Bronx NY 10474 | Phone: 718-495-2800<br>M. SLAVIN SONS<br>800 FOOD CENTER DRIVE, UNIT 3<br>Bronx NY 10474 | FOOD INVENTORY PURCHASES | | | $ 23,221.18 |
| 9<br>DEPARTAMENTO DEL TRABAJO<br>Y RECURSOS HUMANOS<br>PO BOX 191020<br>San Juan PR 00919-4355 | Phone: 787-281-5649<br>DEPARTAMENTO DEL TRABAJO<br>Y RECURSOS HUMANOS<br>PO BOX 191020<br>San Juan PR 00919-4355 | DISBILITY AND UNEMPLOYMENT TAXES | | | $ 17,290.91 |
| 10<br>PR ELECTRIC POWER (PREPA)<br>BANKRUPTCY OFFICE<br>P.O. BOX 364267<br>San Juan PR 00936-4267 | Phone: 787-289-4489<br>PR ELECTRIC POWER (PREPA)<br>BANKRUPTCY OFFICE<br>P.O. BOX 364267<br>San Juan PR 00936-4267 | UTILITIES | | | $ 14,768.46 |
| 11<br>DANNY CARRASCO CUEVAS<br>C/O CLARIBEL MATIAS<br>P.O. BOX 21361<br>San Juan PR 00920-1361 | Phone: 787-754-6071<br>DANNY CARRASCO CUEVAS<br>C/O CLARIBEL MATIAS<br>P.O. BOX 21361<br>San Juan PR 00920-1361 | SUIT - UNJUSTIFIED DISMISSAL | C U D | | $ 13,744.50 |
| 12<br>DIAZ CANSECO FOOD SERVICE<br>P.O. BOX 364765<br>San Juan PR 00936-4765 | Phone: 787-622-5400<br>DIAZ CANSECO FOOD SERVICE<br>P.O. BOX 364765<br>San Juan PR 00936-4765 | FOOD INVENTORY PURCHASES | | | $ 11,322.69 |

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|---|
| 13<br>SEA WORLD, INC.<br>P.O. BOX 361986<br>San Juan PR 00936-1986 | Phone: 787-273-1011<br>SEA WORLD, INC.<br>P.O. BOX 361986<br>San Juan PR 00936-1986 | FOOD INVENTORY PURCHASES | | | $ 10,439.65 |
| 14<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>Philadelphia PA 19114 | Phone: 787-522-1804<br>INTERNAL REVENUE SERVICE<br>DAISY MONTAÑEZ<br>PO BOX 21126<br>Philadelphia PA 19114 | PAYROLL TAXES | | | $ 10,283.07 |
| 15<br>PEDRO COLON PEÑA<br>C/O CLARIBEL MATIAS<br>P.O. BOX 21361<br>San Juan PR 00928-1361 | Phone: 787-754-6071<br>PEDRO COLON PEÑA<br>C/O CLARIBEL MATIAS<br>P.O. BOX 21361<br>San Juan PR 00928-1361 | SUIT - UNJUSTIFIED DISMISSAL | C<br>U<br>D | | $ 8,119.38 |
| 16<br>JULIO CASTILLO<br>C/O CLARIBEL MATIAS<br>P.O. BOX 21361<br>San Juan PR 00926-1361 | Phone: 787-754-6071<br>JULIO CASTILLO<br>C/O CLARIBEL MATIAS<br>P.O. BOX 21361<br>San Juan PR 00926-1361 | SUIT -UNJUSTIFIED DISMISSAL, MEAL | C<br>U<br>D | | $ 7,281.68 |
| 17<br>ECOLAB<br>CALL BOX 60-7086<br>Bayamon PR 00959-7086 | Phone: 787-796-1290<br>ECOLAB<br>CALL BOX 60-7086<br>Bayamon PR 00960 | KITCHEN CLEANING SUPPLIES | | | $ 7,031.56 |
| 18<br>CRIM<br>P.O. BOX 195387<br>San Juan PR 00919-5387 | Phone: 787-625-2746<br>CRIM<br>CARMEN P. GONZALEZ<br>PO BOX 195387<br>San Juan PR 00919-5387 | PROPERTY TAXES | | | $ 6,872.52 |
| 19<br>GERARDO ESTRADA LUPIAÑEZ<br>C/O CLARIBEL MATIAS<br>P.O. BOX 21361<br>San Juan PR 00928-1361 | Phone: 787-754-6071<br>GERARDO ESTRADA LUPIAÑEZ<br>C/O CLARIBEL MATIAS<br>P.O. BOX 21361<br>San Juan PR 00928-1361 | SUIT -UNJUSTIFIED DISMISSAL, MEAL | C<br>U<br>D | | $ 6,597.90 |

_____,
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 20<br>BALLESTER HERMANOS, INC.<br>P.O. BOX 364548<br>San Juan PR 00936-4548 | Phone: 787-788-4110<br>BALLESTER HERMANOS, INC.<br>P.O. BOX 364548<br>San Juan PR 00936-4548 | FOOD INVENTORY PURCHASES | | $ 6,522.83 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, _LESTER NIEVES LOSADA_____, _President_____ of the _Corporation_____ named
as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that
they are true and correct to the best of my knowledge, information and belief.

Date: _9/8/2010_____

Signature

Name: _LESTER NIEVES LOSADA_

Title: _President_

AGUSTIN PEREZ DEL ROSARIO
C/O CLARIBEL MATIAS
P.O. BOX 21361
San Juan, PR  00928-1361

AXESA
P.O. BOX 70373
San Juan, PR  00936-8373

B. FERNANDEZ & HNOS., INC.
P.O. BOX 363629
San Juan, PR  00936-3629

BALLESTER HERMANOS, INC.
P.O. BOX 364548
San Juan, PR  00936-4548

BANCO POPULAR DE PUERTO RICO
BANKRUPTCY DEPARTMENT
G.P.O. BOX 366818
San Juan, PR  00936

BLEND MARKET
PMB 274, P.O. BOX 4985
Caguas, PR  00726-4985

CAFE YAUCONO
P.O. BOX 13097
San Juan, PR  00908-3097

CARIBE FINE FOOD
P.O. BOX 10585
San Juan, PR  00922

CASA BARCA CORP.
P.O. BOX 16441
San Juan, PR  00908-6441

CORP. DE LAS ARTES ESCENICO-
P.O. BOX 41227
San Juan, PR  00940-1227

CRIM
CARMEN P. GONZALEZ
PO BOX 195387
San Juan, PR  00919-5387

DANNY CARRASCO CUEVAS
C/O CLARIBEL MATIAS
P.O. BOX 21361
San Juan, PR  00920-1361

DEPARTAMENTO DE HACIENDA DE PR
BANKRUPTCY SECTION (424-B)
P.O. BOX 9024140
San Juan, PR  00902-4140

DEPARTAMENTO DEL TRABAJO
Y RECURSOS HUMANOS
PO BOX 191020
San Juan, PR  00919-4355

DESTILERIA SERRALLES, INC.
APARTADO 198
Mercedita, PR  00715

DIAZ CANSECO FOOD SERVICE
P.O. BOX 364765
San Juan, PR  00936-4765

DISTRIBUIDORA V.W., INC.
P.O. BOX 8576
San Juan, PR  00910

ECOLAB
CALL BOX 60-7086
Bayamon, PR  00960

EURO BREAD IMPORTS
P.O. BOX 37759
San Juan, PR  00937-0759

F.A.O. S.E.
OSCAR JUELLE
PMB 302, TABUNOCO B-5 ST 216
Guaynabo, PR  00968

GERARDO ESTRADA LUPIAÑEZ
C/O CLARIBEL MATIAS
P.O. BOX 21361
San Juan, PR  00928-1361

HUMITECH PR
PMB 159
Guaynabo, PR  00969

INTERNAL REVENUE SERVICE
PO BOX 21126
Philadelphia, PA  19114

INTERNATIONAL SEAWORLD, INC.
P.O. BOX 226348
Miami, FL  33122

JOHN NAPOLI & ASSOCIATES, INC.
P.O. BOX 9066560
San Juan, PR  00906-6560

JOSE LAVILLA MENA
CONDOMINIO CANDINA ONE
CALLE CANDINA #1, APT. 12
San Juan, PR  00907

JOSE SANTIAGO, INC.
P.O. BOX 191795
San Juan, PR  00919-1795

JULIO CASTILLO
C/O CLARIBEL MATIAS
P.O. BOX 21361
San Juan, PR  00926-1361

LESTER NIEVES LOSADA
P.O. BOX 16441
San Juan, PR  00908-6441

M. SLAVIN SONS
800 FOOD CENTER DRIVE, UNIT 3
Bronx, NY  10474

MEDALLA DISTRIBUTORS
P.O. BOX 51985
Toa Baja, PR  00950-1985

MENDEZ COMPANY
P.O. BOX 363348
San Juan, PR  00936-3348

MUNICIPIO DE SAN JUAN
P.O. BOX 4355
San Juan, PR  00901-4355

NACADI ACCOUNTING & TAX
SERVICES, CORP.
P.O. BOX 11217
San Juan, PR  00926

NELSON QUILES VELEZ
C/O CLARIBEL MATIAS
P.O. BOX 21361
San Juan, PR  00928-1361

NORTHWESTERN SELECTA, INC.
P.O. BOX 10718
CAPARRA HEIGHTS STATION
San Juan, PR  00922-0718

OPEN TABLE, INC.
P.O. BOX 49322
San Jose, CA  95161-9322

PAYCO FOODS
P.O. BOX 11219
CAPARRA HEIGHT STA.
San Juan, PR  00922

PECHE DE PUERTO RICO
CALLE JULIO ANDINO #683
VILLA PRADES
San Juan, PR  00924

PEDRO COLON PEÑA
C/O CLARIBEL MATIAS
P.O. BOX 21361
San Juan, PR  00928-1361

PESCADERIA ATLANTICA
P.O. BOX 1033
Sabana Seca, PR  00952-1033

PLAZA CELLARS
P.O. BOX 363328
San Juan, PR  00936-3328

PR ELECTRIC POWER (PREPA)
BANKRUPTCY OFFICE
P.O. BOX 364267
San Juan, PR  00936-4267

PRIME MEAT & SEAFOOD
356 AMERICO MIRANDA AVE.
San Juan, PR  00927

PRO ARTE
P.O. BOX 361812
San Juan, PR  00936-1812

QUINTANA HERMANOS, INC.
P.O. BOX 364706
San Juan, PR  00936-4706

R & M SECURETECH CORP.
BOX 51468
Toa Baja, PR  00950-1468

REFRICENTRO
380 BARBOSA AVE.
San Juan, PR  00917

SAN JUAN GAS
P.O. BOX 9021632
San Juan, PR  00902-1632

SEA WORLD, INC.
P.O. BOX 361986
San Juan, PR  00936-1986

STATE INSURANCE FUND CORP.
P.O. BOX 365028
San Juan, PR  00936-5028

TEATRO DE LA OPERA, INC.
#33 BOLIVIA ST.
4TH FLOOR
San Juan, PR  00917

THE PRINTER LION
P.O. BOX 366127
San Juan, PR  00936-6127

V. SUAREZ & CO., INC.
P.O. BOX 364588
San Juan, PR  00936-4588

VENROD TRADING COMPANY, INC.
1138 AVE. FD ROOSEVELT
URB. PUERTO NUEVO
San Juan, PR  00920-2906

WILLIAM VIDAL CARVAJAL
MCS PLAZA, SUITE 801
AVE. PONCE DE LEON
San Juan, PR  00918

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

In re *CASA BARCA CORP., a Corporation*
*aka MIRO SEAFOOD BAR & GRILL*

Case No.

Chapter *11*

_____ / Debtor

Attorney for Debtor: *WILLIAM VIDAL CARVAJAL*

## COVER SHEET FOR LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached list of creditors, which consists of _____*6*_____ pages, is true, correct and complete to the best of my knowledge.

Date: *9/8/2010*

_____  Debtor _____

*WILLIAM VIDAL CARVAJAL*
*Attorney for the debtor(s)*
*MCS PLAZA, SUITE 801*
*AVE. PONCE DE LEON*
*San Juan, PR  00918*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

In re: *CASA BARCA CORP., a Corporation*                          Case No.
*aka MIRO SEAFOOD BAR & GRILL*

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| JULY 31, 2010: $875,307 | FOOD AND BEVERAGE SALES - UNAUDITED BALANCE (SEVEN MONTHS) |
| DECEMBER 31, 2009: $922,166 | FOOD AND BEVERAGE SALES - UNAUDITED BALANCE PER INCOME TAX RETURN |

---

### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| *JULY 31, 2010: $25.92* | *INTEREST INCOME* |

## 3. Payments to creditors

None ☒

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| *SEE EXHIBIT I* | | | |

None ☐

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| *SEE EXHIBIT II* | | | |

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *VENROD TRADING VS. MIRO SEAFOOD BAR & GRILL CIVIL NO. KCD2009-2605 (905)* | *COLLECTION OF MONEY* | *COURT OF FIRST INSANCE OF PUERTO RICO SAN JUAN SECTION* | *STAYED* |
| *NORTHWESTERN SELECTA, INC. VS. MIRO SEAFOOD BAR & GRILL CIVIL NO. KCD2010-2036 (905)* | *COLLECTION OF MONEY* | *COURT OF FIRST INSTANCE OF PUERTO RICO SAN JUAN SECTION* | *STAYED* |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *PESCADERIA ATLANTICA VS. LESTER NIEVES, CASA BARCA, CORP. CIVIL NO. KCD2009-2767 (505)* | *COLLECTION OF MONEY* | *COURT OF FIRST INSTANCE OF PUERTO RICO SAN JUAN SECTION* | *JUDGEMENT GRANTED* |
| *AGUSTIN PEREZ DEL ROSARIO VS. CASA BARCA, CORP. HNC MARISQUERIA CATALANA MIRO CASE NO. A1-D1-DP-0432-08* | *UNJUSTIFIED DISMISSAL* | *DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS NEGOCIADO DE NORMAS DE TRABAJO OFICINA AREA SAN JUAN* | *STAYED* |
| *AGUSTIN PEREZ DEL ROSARIO VS. CASA BARCA, CORP. HNC MARISQUERIA CATALANA MIRO CASE NO. A1-D1-SL-0517-08* | *MEAL PERIOD AND ACCRUED VACATION DAYS* | *DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS NEGOCIADO DE NORMAS DE TRABAJO OFICINA AREA SAN JUAN* | *STAYED* |
| *DANNY CARRASCO CUEVAS VS. CASA BARCA, CORP. HNC MARISQUERIA CATALANA MIRO CASE NO. A1-D1-DP-0433-08* | *UNJUSTIFIED DISMISSAL* | *DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS NEGOCIADO DE NORMAS DE TRABAJO OFICINA AREA SAN JUAN* | *STAYED* |
| *PEDRO COLON PEÑA VS. CASA BARCA, CORP. HNC MARISQUERIA CATALANA MIRO CASE NO. A1-D1-DP0444-08* | *UNJUSTIFIED DISMISSAL* | *DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS NEGOCIADO DE NORMAS DE TRABAJO OFICINA AREA SAN JUAN* | *STAYED* |
| *NELSON QUILES VELEZ VS. CASA BARCA, CORP. HNC MARISQUERA CATALANA MIRO CASE NO. A2-D1-SL-181; DP-159-09* | *SALARIES AND UNJUSTIFIED DISMISSAL* | *DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS NEGOCIADO DE NORMAS DE TRABAJO OFICINA AREA SAN JUAN* | *STAYED* |
| *GERARDO ESTRADA LUPIAÑEZ VS. CASA BARCA, CORP. HNC MARISQUERIA* | *UNJUSTIFIED DISMISSAL* | *DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS NEGOCIADO DE NORMAS* | *STAYED* |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *CATALANA MIRO CASE NO. A1-D1-DP-0295-08* | | *DE TRABAJO OFICINA AREA SAN JUAN* | |
| *GERARDO ESTRADA LUPIAÑEZ VS. CASA BARCA, CORP. HNC MARISQUERIA CATALANA MIRO CASE NO. A1-D1-SL-0188-09* | *MEAL PERIOD AND ACCRUED VACATION DAYS* | *DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS NEGOCIADO DE NORMAS DE TRABAJO OFICINA AREA SAN JUAN* | *STAYED* |
| *JULIO CASTILLO VS. CASA BARCA, CORP. HNC MARISQUERIA CATALANA MIRO CASE NO. A1-D1-SL-0283-08* | *UNJUSTIFIED DISMISSAL, MEAL PERIOD AND ACCRUED VACATION DAYS* | *DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS NEGOCIADO DE NORMAS DE TRABAJO OFICINA AREA SAN JUAN* | *STAYED* |

None ☒   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

None ☒   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

None ☒   a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None ☒   List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☒

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| WILLIAM VIDAL CARBAJAL MCS PLAZA, SUITE 801 AVE. PONCE DE LEON SAN JUAN, PR 00918 | 7/2010 LESTER NIEVES LOSADA | $10,000.00 |
| CPA LUIS R. CARRASQUILLO RUIZ CALLE 28 TI-26 TURABO GARDENS CAGUAS, PR 00725 | 7/29/2010 LESTER NIEVES LOSADA | $10,000.00 |

## 10. Other transfers

None ☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

## 11. Closed financial accounts

None ☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 13. Setoffs

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 14. Property held for another person

None ☒

List all property owned by another person that the debtor holds or controls.

### 15. Prior address of debtor

None ☒

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

### 16. Spouses and Former Spouses

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

### 17. Environmental Information

None ☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor,
including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None ☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☒

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

None ☒

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

**19. Books, records and financial statements**

None ☐

a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| *NACADI ACCOUNTING & TAX SERVICES, CORP.*<br>*P.O. BOX 11217*<br>*SAN JUAN, PR   00926* | *FROM JUNE 15, 2009*<br>*TO JULY 31, 2010* |
| *CPA LUIS R. CARRASQUILLO & CO., P.S.C.*<br>*CALLE 28, TI-26*<br>*TURABO GARDENS*<br>*CAGUAS, PR   00725* | *FROM AUGUST 2010 TO*<br>*PRESENT* |

None ☐

b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| *CPA JESUS OYOLA* | *URB. COVADONGA, CALLE*<br>*PRINCIPADO 2B-5*<br>*TOA BAJA, PR   00949* | *FROM JUNE 15, 2009 TO*<br>*SEPTEMBER 30, 2009* |

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|
| CPA NELSON E. GALARZA | URB. ANTONSANTI 1502, CALLE BORI SAN JUAN, PR 00927 | FROM MAY 1, 2010 TO JULY 31, 2010 |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| CPA LUIS R. CARRASQUILLO & CO., P.S.C. | CALLE 28, TI-26 TURABO GARDENS CAGUAS, PR 00725 |

None ☒    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

**20. Inventories**

None ☒    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☒    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☒    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|------------------------------------------|
| LESTER NIEVES LOSADA P.O. BOX 16441 SAN JUAN, PR 00908-6441 | PRESIDENT AND TREASURER | 50% |
| ALIEC DIAZ GARCIA P.O. BOX 16441 SAN JUAN, PR 00908-6441 | SECRETARY | 50% |

**22. Former partners, officers, directors and shareholders**

None ☒ a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None ☒ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distribution by a corporation**

None ☒ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

**24. Tax Consolidation Group.**

None ☒ If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

**25. Pension Funds.**

None ☒ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date   _9/8/2010_

Signature

_LESTER NIEVES LOSADA_                _President_
Print Name and Title

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. §§ 152 and 3571.*

EXHIBIT I

**Casa Barca, Corp.**
**Case No.**

*Payments during the last 90 days preceding the Chapter 11 filing*
*Payments in excess of $5,850 (Individually or in the Aggregate)*
*From June 11, 2010 to September 8, 2010*
*Statement of Financial Affairs - Item 3B*

| Check No. | Date | Paid to | Purpose | Amount | Total |
|---|---|---|---|---|---|
| 2777 | 6/15/10 | AEE | Utilities | $ 1,000.00 | |
| 1011 | 7/7/10 | AEE | Utilities | 4,274.39 | |
| 1085 | 7/15/10 | AEE | Utilities | 1,000.00 | $ 6,274.39 |
| | | | | | |
| 2559 | 6/13/10 | Aliec Diaz | Salaries | 503.75 | |
| 2607 | 6/20/10 | Aliec Diaz | Salaries | 503.75 | |
| 2796 | 6/23/10 | Aliec Diaz | Salaries | 447.00 | |
| 2643 | 6/27/10 | Aliec Diaz | Salaries | 503.75 | |
| 2671 | 7/4/10 | Aliec Diaz | Salaries | 503.75 | |
| 2702 | 7/11/10 | Aliec Diaz | Salaries | 503.75 | |
| 1079 | 7/14/10 | Aliec Diaz | Salaries | 110.00 | |
| 2733 | 7/18/10 | Aliec Diaz | Salaries | 503.75 | |
| 2758 | 7/25/10 | Aliec Diaz | Salaries | 503.75 | |
| 2786 | 8/1/10 | Aliec Diaz | Salaries | 503.75 | |
| 2830 | 8/6/10 | Aliec Diaz | Salaries | 503.75 | |
| 2838 | 8/13/10 | Aliec Diaz | Salaries | 503.75 | |
| 2872 | 8/20/10 | Aliec Diaz | Salaries | 503.75 | |
| 1 | 8/31/10 | Aliec Diaz | Salaries | 503.75 | |
| 09-01 | 9/3/10 | Aliec Diaz | Salaries | 1,005.14 | 7,607.14 |
| | | | | | |
| 2762 | 6/15/10 | Costco | Inventory Purchases | 1,121.65 | |
| 2750 | 6/16/10 | Costco | Inventory Purchases | 836.66 | |
| 2786 | 6/17/10 | Costco | Inventory Purchases | 608.02 | |
| 2802 | 6/19/10 | Costco | Inventory Purchases | 702.75 | |
| 2778 | 6/24/10 | Costco | Inventory Purchases | 512.69 | |
| 2828 | 6/26/10 | Costco | Inventory Purchases | 329.41 | |
| 2830 | 6/29/10 | Costco | Inventory Purchases | 674.87 | |
| 2886 | 6/29/10 | Costco | Inventory Purchases | 608.02 | |
| 1010 | 7/1/10 | Costco | Inventory Purchases | 640.16 | |
| 2830 | 7/1/10 | Costco | Inventory Purchases | 674.87 | |
| 1015 | 7/3/10 | Costco | Inventory Purchases | 1,206.95 | |
| 1023 | 7/6/10 | Costco | Inventory Purchases | 676.27 | |
| 1060 | 7/8/10 | Costco | Inventory Purchases | 72.49 | |
| 1047 | 7/9/10 | Costco | Inventory Purchases | 680.18 | |
| 1077 | 7/13/10 | Costco | Inventory Purchases | 389.03 | |
| 1080 | 7/15/10 | Costco | Inventory Purchases | 686.62 | |
| 1101 | 7/18/10 | Costco | Inventory Purchases | 130.09 | |
| 1048 | 7/20/10 | Costco | Inventory Purchases | 166.78 | 10,717.51 |
| | | | | | |
| 2805 | 6/25/10 | Dockside Seafood | Food Inventory Purchases | 1,242.04 | |
| 1038 | 7/1/10 | Dockside Seafood | Food Inventory Purchases | 491.52 | |
| 1076 | 7/13/10 | Dockside Seafood | Food Inventory Purchases | 2,660.54 | |
| 1090 | 7/23/10 | Dockside Seafood | Food Inventory Purchases | 1,939.96 | |
| 1144 | 7/28/10 | Dockside Seafood | Food Inventory Purchases | 1,830.22 | 8,164.28 |
| | | | | | |
| 1003 | 6/30/10 | F.A.O. S.E. | Rent | 13,500.00 | 13,500.00 |
| | | | | | |
| SS 6/17 | 6/17/10 | IRS | Payroll Taxes | 1,854.96 | |
| SS 6/21 | 6/21/10 | IRS | Payroll Taxes | 2,819.06 | |
| SS 6/23 | 6/23/10 | IRS | Payroll Taxes | 2,349.96 | |
| SS 6/9 | 6/26/10 | IRS | Payroll Taxes | 1,980.84 | 9,004.82 |
| | | | | | |
| 2558 | 6/13/10 | Lester Nieves | Salaries | 1,005.14 | |

EXHIBIT I

| Check No. | Date | Paid to | Purpose | Amount | Total |
|-----------|------|---------|---------|--------|-------|
| 2606 | 6/20/10 | Lester Nieves | Salaries | 1,005.14 | |
| 2642 | 6/27/10 | Lester Nieves | Salaries | 1,005.14 | |
| 2670 | 7/4/10 | Lester Nieves | Salaries | 1,005.14 | |
| 1044 | 7/8/10 | Lester Nieves | Salaries | 688.00 | |
| 2701 | 7/11/10 | Lester Nieves | Salaries | 1,005.14 | |
| 2732 | 7/18/10 | Lester Nieves | Salaries | 1,005.14 | |
| 2757 | 7/25/10 | Lester Nieves | Salaries | 1,005.14 | |
| 2785 | 8/1/10 | Lester Nieves | Salaries | 1,005.14 | |
| 2829 | 8/6/10 | Lester Nieves | Salaries | 1,005.14 | |
| 2848 | 8/13/10 | Lester Nieves | Salaries | 1,005.14 | |
| 2883 | 8/20/10 | Lester Nieves | Salaries | 1,005.14 | |
| 14 | 8/31/10 | Lester Nieves | Salaries | 1,005.14 | |
| 09-16 | 9/3/10 | Lester Nieves | Salaries | 503.75 | 13,253.43 |
| | | | | | |
| 2553 | 6/13/10 | Manuel de Jesús Hernández | Salaries | 591.53 | |
| 2601 | 6/20/10 | Manuel de Jesús Hernández | Salaries | 591.53 | |
| 2638 | 6/27/10 | Manuel de Jesús Hernández | Salaries | 591.53 | |
| 2666 | 7/4/10 | Manuel de Jesús Hernández | Salaries | 591.53 | |
| 2666V | 7/4/10 | Manuel de Jesús Hernández | Salaries | (591.53) | |
| 1021 | 7/4/10 | Manuel de Jesús Hernández | Salaries | 500.11 | |
| 2697 | 7/11/10 | Manuel de Jesús Hernández | Salaries | 591.53 | |
| 2697V | 7/11/10 | Manuel de Jesús Hernández | Salaries | (591.53) | |
| 1062 | 7/11/10 | Manuel de Jesús Hernández | Salaries | 475.53 | |
| 2729 | 7/18/10 | Manuel de Jesús Hernández | Salaries | 500.12 | |
| 2753 | 7/25/10 | Manuel de Jesús Hernández | Salaries | 500.12 | |
| 2781 | 8/1/10 | Manuel de Jesús Hernández | Salaries | 308.82 | |
| 2821 | 8/6/10 | Manuel de Jesús Hernández | Salaries | 178.92 | |
| 2832 | 8/6/10 | Manuel de Jesús Hernández | Salaries | 357.84 | |
| 2852 | 8/13/10 | Manuel de Jesús Hernández | Salaries | 591.53 | |
| 2887 | 8/20/10 | Manuel de Jesús Hernández | Salaries | 500.12 | |
| 2833 | 8/23/10 | Manuel de Jesús Hernández | Salaries | 107.74 | |
| 18 | 8/31/10 | Manuel de Jesús Hernández | Salaries | 591.53 | |
| 09-20 | 9/3/10 | Manuel de Jesús Hernández | Salaries | 500.12 | 6,887.09 |
| | | | | | |
| 2551 | 6/13/10 | Marcello Paniconi | Salaries | 20.61 | |
| 2562 | 6/13/10 | Marcello Paniconi | Salaries | 447.94 | |
| 2610 | 6/20/10 | Marcello Paniconi | Salaries | 336.96 | |
| 2646 | 6/27/10 | Marcello Paniconi | Salaries | 553.57 | |
| 2674 | 7/4/10 | Marcello Paniconi | Salaries | 686.36 | |
| 2705 | 7/11/10 | Marcello Paniconi | Salaries | 486.51 | |
| 2736 | 7/18/10 | Marcello Paniconi | Salaries | 473.41 | |
| 2761 | 7/25/10 | Marcello Paniconi | Salaries | 529.83 | |
| 2788 | 8/1/10 | Marcello Paniconi | Salaries | 478.85 | |
| 2809 | 8/6/10 | Marcello Paniconi | Salaries | 589.97 | |
| 2853 | 8/13/10 | Marcello Paniconi | Salaries | 511.50 | |
| 2889 | 8/20/10 | Marcello Paniconi | Salaries | 407.84 | |
| 19 | 8/31/10 | Marcello Paniconi | Salaries | 358.91 | |
| 09-21 | 9/3/10 | Marcello Paniconi | Salaries | 247.89 | |
| 1026 | 7/6/10 | Marcello Paniconi | Salaries | 60.00 | 6,190.15 |
| | | | | | |
| 2554 | 6/13/10 | Martha Vazquez | Salaries | 548.31 | |
| 2563 | 6/16/10 | Martha Vazquez | Salaries | 548.31 | |
| 2602 | 6/20/10 | Martha Vazquez | Salaries | 548.31 | |
| 2632 | 6/20/10 | Martha Vazquez | Salaries | 548.31 | |
| 2639 | 6/27/10 | Martha Vazquez | Salaries | 446.46 | |
| 2754 | 7/25/10 | Martha Vazquez | Salaries | 548.31 | |
| 2782 | 8/1/10 | Martha Vazquez | Salaries | 640.52 | |
| 2820 | 8/6/10 | Martha Vazquez | Salaries | 548.31 | |
| 2854 | 8/13/10 | Martha Vazquez | Salaries | 340.94 | |
| 2890 | 8/20/10 | Martha Vazquez | Salaries | 548.31 | |
| 20 | 8/31/10 | Martha Vazquez | Salaries | 548.31 | |

EXHIBIT I

| Check No. | Date | Paid to | Purpose | Amount | Total |
|---|---|---|---|---|---|
| 09-22 | 9/3/10 | Martha Vazquez | Salaries | 229.99 | 6,044.39 |
| 2836 | 7/1/10 | Sam's Card | Credit Cards Inventory Purchases | 497.83 | |
| 1016 | 7/2/10 | Sam's Card | Credit Cards Inventory Purchases | 229.81 | |
| 1022 | 7/6/10 | Sam's Card | Credit Cards Inventory Purchases | 62.12 | |
| 1072 | 7/8/10 | Sam's Card | Credit Cards Inventory Purchases | 259.52 | |
| 1014 | 7/8/10 | Sam's Card | Credit Cards Inventory Purchases | 151.76 | |
| 1042 | 7/9/10 | Sam's Card | Credit Cards Inventory Purchases | 171.15 | |
| 1071 | 7/10/10 | Sam's Card | Credit Cards Inventory Purchases | 101.02 | |
| 1065 | 7/12/10 | Sam's Card | Credit Cards Inventory Purchases | 263.35 | |
| 1068 | 7/13/10 | Sam's Card | Credit Cards Inventory Purchases | 445.47 | |
| 1032 | 7/13/10 | Sam's Card | Credit Cards Inventory Purchases | 337.64 | |
| 1082 | 7/17/10 | Sam's Card | Credit Cards Inventory Purchases | 913.38 | |
| 1081 | 7/18/10 | Sam's Card | Credit Cards Inventory Purchases | 136.44 | |
| 1100 | 7/19/10 | Sam's Card | Credit Cards Inventory Purchases | 281.31 | |
| 1102 | 7/21/10 | Sam's Card | Credit Cards Inventory Purchases | 590.62 | |
| 1017 | 7/23/10 | Sam's Card | Credit Cards Inventory Purchases | 297.07 | |
| 1131 | 7/25/10 | Sam's Card | Credit Cards Inventory Purchases | 313.85 | |
| 1092 | 7/26/10 | Sam's Card | Credit Cards Inventory Purchases | 641.82 | |
| 1141 | 7/27/10 | Sam's Card | Credit Cards Inventory Purchases | 566.33 | 6,260.49 |
| 2769 | 6/11/10 | Sea World | Food Inventory Purchases | 678.20 | |
| 2772 | 6/12/10 | Sea World | Food Inventory Purchases | 897.88 | |
| 2779 | 6/15/10 | Sea World | Food Inventory Purchases | 321.14 | |
| 2783 | 6/16/10 | Sea World | Food Inventory Purchases | 507.60 | |
| 2781 | 6/18/10 | Sea World | Food Inventory Purchases | 64.49 | |
| 2791 | 6/18/10 | Sea World | Food Inventory Purchases | 788.02 | |
| 2798 | 6/21/10 | Sea World | Food Inventory Purchases | 600.74 | |
| 2801 | 6/22/10 | Sea World | Food Inventory Purchases | 1,256.70 | |
| 2804 | 6/22/10 | Sea World | Food Inventory Purchases | 270.42 | |
| 2803 | 6/24/10 | Sea World | Food Inventory Purchases | 702.66 | |
| 2829 | 6/26/10 | Sea World | Food Inventory Purchases | 1,267.76 | |
| 1004 | 6/30/10 | Sea World | Food Inventory Purchases | 547.14 | |
| 1001 | 6/30/10 | Sea World | Food Inventory Purchases | 558.56 | |
| 1013 | 7/2/10 | Sea World | Food Inventory Purchases | 661.94 | |
| 2816 | 7/2/10 | Sea World | Food Inventory Purchases | 1,176.28 | |
| 1035 | 7/6/10 | Sea World | Food Inventory Purchases | 228.56 | |
| 1009 | 7/7/10 | Sea World | Food Inventory Purchases | 520.04 | |
| 1040 | 7/7/10 | Sea World | Food Inventory Purchases | 337.63 | |
| 1045 | 7/8/10 | Sea World | Food Inventory Purchases | 111.45 | |
| 1052 | 7/9/10 | Sea World | Food Inventory Purchases | 345.42 | |
| 1073 | 7/10/10 | Sea World | Food Inventory Purchases | 556.84 | |
| 1066 | 7/12/10 | Sea World | Food Inventory Purchases | 319.98 | |
| 1075 | 7/13/10 | Sea World | Food Inventory Purchases | 117.77 | |
| 2811 | 7/14/10 | Sea World | Food Inventory Purchases | 278.62 | |
| 1095 | 7/23/10 | Sea World | Food Inventory Purchases | 918.15 | |
| 1126 | 7/23/10 | Sea World | Food Inventory Purchases | 193.80 | |
| 1129 | 7/24/10 | Sea World | Food Inventory Purchases | 299.79 | |
| 1136 | 7/26/10 | Sea World | Food Inventory Purchases | 272.14 | |
| 1143 | 7/27/10 | Sea World | Food Inventory Purchases | 199.14 | 14,998.86 |
| | | | | $ 108,902.55 | $ 108,902.55 |

**EXHIBIT II**

*Casa Barca, Corp.*
*Case No.*

*Payments on behalf of Insiders*
*For the twelve months period ending September 8, 2010*
*Statement of Financial Affairs - Item 3C*

| Check No. | Date | Paid to | Purpose | Amount | Total |
|-----------|------|---------|---------|--------|-------|
| 1141 | 09/13/09 | Aliec Díaz | Salaries | $ 501.95 | |
| 1176 | 09/20/09 | Aliec Díaz | Salaries | 501.95 | |
| 1617 | 09/27/09 | Aliec Díaz | Salaries | 30.00 | |
| 1620 | 09/27/09 | Aliec Díaz | Salaries | 90.00 | |
| 1209 | 09/27/09 | Aliec Díaz | Salaries | 501.95 | |
| 1243 | 10/04/09 | Aliec Díaz | Salaries | 501.95 | |
| 1275 | 10/11/09 | Aliec Díaz | Salaries | 501.95 | |
| 1722 | 10/18/09 | Aliec Díaz | Salaries | 458.76 | |
| 1308 | 10/18/09 | Aliec Díaz | Salaries | 501.95 | |
| 1739 | 10/25/09 | Aliec Díaz | Salaries | 327.59 | |
| 1340 | 10/25/09 | Aliec Díaz | Salaries | 501.95 | |
| 1372 | 11/01/09 | Aliec Díaz | Salaries | 501.95 | |
| 1797 | 11/08/09 | Aliec Díaz | Salaries | 116.86 | |
| 1405 | 11/08/09 | Aliec Díaz | Salaries | 503.75 | |
| 1437 | 11/15/09 | Aliec Díaz | Salaries | 503.75 | |
| 1470 | 11/22/09 | Aliec Díaz | Salaries | 503.75 | |
| 1508 | 11/29/09 | Aliec Díaz | Salaries | 503.75 | |
| 1541 | 12/06/09 | Aliec Díaz | Salaries | 503.75 | |
| 1572 | 12/13/09 | Aliec Díaz | Salaries | 503.75 | |
| 1603 | 12/20/09 | Aliec Díaz | Salaries | 503.75 | |
| 1635 | 12/27/09 | Aliec Díaz | Salaries | 503.75 | |
| 2012 | 01/03/10 | Aliec Díaz | Salaries | 127.19 | |
| 1663 | 01/03/10 | Aliec Díaz | Salaries | 501.95 | |
| 1698 | 01/10/10 | Aliec Díaz | Salaries | 501.95 | |
| 1735 | 01/17/10 | Aliec Díaz | Salaries | 501.95 | |
| 1769 | 01/24/10 | Aliec Díaz | Salaries | 501.95 | |
| 1802 | 01/31/10 | Aliec Díaz | Salaries | 501.95 | |
| 2122 | 01/31/10 | Aliec Díaz | Salaries | 323.35 | |
| 1839 | 02/07/10 | Aliec Díaz | Salaries | 501.95 | |
| 1875 | 02/14/10 | Aliec Díaz | Salaries | 501.95 | |
| 1914 | 02/21/10 | Aliec Díaz | Salaries | 501.95 | |
| 2279 | 02/26/10 | Aliec Díaz | Salaries | 528.00 | |
| 1952 | 02/28/10 | Aliec Díaz | Salaries | 501.95 | |
| 1993 | 03/07/10 | Aliec Díaz | Salaries | 501.95 | |
| 2037 | 03/14/10 | Aliec Díaz | Salaries | 501.95 | |
| 2103 | 03/21/10 | Aliec Díaz | Salaries | 501.95 | |
| 2172 | 03/28/10 | Aliec Díaz | Salaries | 501.95 | |
| 2479 | 04/03/10 | Aliec Díaz | Salaries | 210.40 | |
| 2175 | 04/04/10 | Aliec Díaz | Salaries | 501.95 | |

EXHIBIT II

| Check No. | Date | Paid to | Purpose | Amount | Total |
|---|---|---|---|---|---|
| 2220 | 04/11/10 | Aliec Díaz | Salaries | 501.95 | |
| 2450 | 04/11/10 | Aliec Díaz | Salaries | 660.37 | |
| 2516 | 04/16/10 | Aliec Díaz | Salaries | 393.59 | |
| 2286 | 04/18/10 | Aliec Díaz | Salaries | 503.75 | |
| 2256 | 04/25/10 | Aliec Díaz | Salaries | 503.75 | |
| 2335 | 05/02/10 | Aliec Díaz | Salaries | 503.75 | |
| 2610 | 05/03/10 | Aliec Díaz | Salaries | 91.50 | |
| 2367 | 05/09/10 | Aliec Díaz | Salaries | 503.75 | |
| 2413 | 05/16/10 | Aliec Díaz | Salaries | 503.75 | |
| 2446 | 05/23/10 | Aliec Díaz | Salaries | 503.75 | |
| 2491 | 05/30/10 | Aliec Díaz | Salaries | 503.75 | |
| 2525 | 06/06/10 | Aliec Díaz | Salaries | 503.75 | |
| 2559 | 06/13/10 | Aliec Díaz | Salaries | 503.75 | |
| 2607 | 06/20/10 | Aliec Díaz | Salaries | 503.75 | |
| 2796 | 06/23/10 | Aliec Díaz | Salaries | 447.00 | |
| 2643 | 06/27/10 | Aliec Díaz | Salaries | 503.75 | |
| 2671 | 07/04/10 | Aliec Díaz | Salaries | 503.75 | |
| 2702 | 07/11/10 | Aliec Díaz | Salaries | 503.75 | |
| 1079 | 07/14/10 | Aliec Díaz | Salaries | 110.00 | |
| 2733 | 07/18/10 | Aliec Díaz | Salaries | 503.75 | |
| 2758 | 07/25/10 | Aliec Díaz | Salaries | 503.75 | |
| 2786 | 08/01/10 | Aliec Díaz | Salaries | 503.75 | |
| 2830 | 08/06/10 | Aliec Díaz | Salaries | 503.75 | |
| 2838 | 08/13/10 | Aliec Díaz | Salaries | 503.75 | |
| 2872 | 08/20/10 | Aliec Díaz | Salaries | 503.75 | |
| 1 | 08/31/10 | Aliec Díaz | Salaries | 503.75 | |
| 09-01 | 09/03/10 | Aliec Díaz | Salaries | 1,005.14 | $ 30,569.60 |
| 1543 | 09/06/09 | Lester Nieves | Salaries | 123.12 | |
| 1108 | 09/06/09 | Lester Nieves | Salaries | 1,005.14 | |
| 1140 | 09/13/09 | Lester Nieves | Salaries | 1,005.14 | |
| 1175 | 09/20/09 | Lester Nieves | Salaries | 1,005.14 | |
| 1619 | 09/27/09 | Lester Nieves | Salaries | 30.00 | |
| 1208 | 09/27/09 | Lester Nieves | Salaries | 1,005.14 | |
| 1242 | 10/04/09 | Lester Nieves | Salaries | 1,005.14 | |
| 1274 | 10/11/09 | Lester Nieves | Salaries | 1,005.14 | |
| 1307 | 10/18/09 | Lester Nieves | Salaries | 1,005.14 | |
| 1339 | 10/25/09 | Lester Nieves | Salaries | 1,005.14 | |
| 1371 | 11/01/09 | Lester Nieves | Salaries | 1,005.14 | |
| 1404 | 11/08/09 | Lester Nieves | Salaries | 1,005.14 | |
| 1436 | 11/15/09 | Lester Nieves | Salaries | 1,005.14 | |
| 1469 | 11/22/09 | Lester Nieves | Salaries | 1,005.14 | |
| 1507 | 11/29/09 | Lester Nieves | Salaries | 1,005.14 | |
| 1540 | 12/06/09 | Lester Nieves | Salaries | 1,005.14 | |
| 1571 | 12/13/09 | Lester Nieves | Salaries | 1,005.14 | |
| 1602 | 12/20/09 | Lester Nieves | Salaries | 1,005.14 | |
| 1634 | 12/27/09 | Lester Nieves | Salaries | 1,005.14 | |

EXHIBIT II

| Check No. | Date | Paid to | Purpose | Amount | Total |
|-----------|------|---------|---------|--------|-------|
| 1662 | 01/03/10 | Lester Nieves | Salaries | 1,001.39 | |
| 1697 | 01/10/10 | Lester Nieves | Salaries | 1,001.39 | |
| 1734 | 01/17/10 | Lester Nieves | Salaries | 1,001.39 | |
| 2027 | 01/17/10 | Lester Nieves | Salaries | 80.15 | |
| 1768 | 01/24/10 | Lester Nieves | Salaries | 1,001.39 | |
| 1801 | 01/31/10 | Lester Nieves | Salaries | 1,001.39 | |
| 1838 | 02/07/10 | Lester Nieves | Salaries | 1,001.39 | |
| 1874 | 02/14/10 | Lester Nieves | Salaries | 1,001.39 | |
| 1913 | 02/21/10 | Lester Nieves | Salaries | 1,004.39 | |
| 1951 | 02/28/10 | Lester Nieves | Salaries | 1,005.14 | |
| 1992 | 03/07/10 | Lester Nieves | Salaries | 1,005.14 | |
| 2036 | 03/14/10 | Lester Nieves | Salaries | 1,005.14 | |
| 2437 | 03/19/10 | Lester Nieves | Salaries | 69.82 | |
| 2102 | 03/21/10 | Lester Nieves | Salaries | 1,005.14 | |
| 2171 | 03/28/10 | Lester Nieves | Salaries | 1,005.14 | |
| 2365 | 03/31/10 | Lester Nieves | Salaries | 249.53 | |
| 2480 | 04/03/10 | Lester Nieves | Salaries | 177.07 | |
| 2176 | 04/04/10 | Lester Nieves | Salaries | 1,005.14 | |
| 2454 | 04/08/10 | Lester Nieves | Salaries | 947.80 | |
| 2219 | 04/11/10 | Lester Nieves | Salaries | 1,005.14 | |
| 2287 | 04/18/10 | Lester Nieves | Salaries | 1,005.14 | |
| 2255 | 04/25/10 | Lester Nieves | Salaries | 1,005.14 | |
| 2334 | 05/02/10 | Lester Nieves | Salaries | 1,005.14 | |
| 2368 | 05/09/10 | Lester Nieves | Salaries | 1,005.14 | |
| 2412 | 05/16/10 | Lester Nieves | Salaries | 1,005.14 | |
| 2445 | 05/23/10 | Lester Nieves | Salaries | 1,005.14 | |
| 2490 | 05/30/10 | Lester Nieves | Salaries | 1,005.14 | |
| 2524 | 06/06/10 | Lester Nieves | Salaries | 1,005.14 | |
| 2558 | 06/13/10 | Lester Nieves | Salaries | 1,005.14 | |
| 2606 | 06/20/10 | Lester Nieves | Salaries | 1,005.14 | |
| 2642 | 06/27/10 | Lester Nieves | Salaries | 1,005.14 | |
| 2670 | 07/04/10 | Lester Nieves | Salaries | 1,005.14 | |
| 1044 | 07/08/10 | Lester Nieves | Salaries | 688.00 | |
| 2701 | 07/11/10 | Lester Nieves | Salaries | 1,005.14 | |
| 2732 | 07/18/10 | Lester Nieves | Salaries | 1,005.14 | |
| 2757 | 07/25/10 | Lester Nieves | Salaries | 1,005.14 | |
| 2785 | 08/01/10 | Lester Nieves | Salaries | 1,005.14 | |
| 2829 | 08/06/10 | Lester Nieves | Salaries | 1,005.14 | |
| 2848 | 08/13/10 | Lester Nieves | Salaries | 1,005.14 | |
| 2883 | 08/20/10 | Lester Nieves | Salaries | 1,005.14 | |
| 14 | 08/31/10 | Lester Nieves | Salaries | 1,005.14 | |
| 09-16 | 09/03/10 | Lester Nieves | Salaries | 503.75 | 55,109.52 |
| **Total** | | | | **$ 85,679.12** | **$ 85,679.12** |

## CERTIFIED COPY OF RESOLUTION OF THE BOARD
## OF DIRECTORS AUTHORIZING THE FILING OF
## PETITION FOR REORGANIZATION UNDER CHAPTER 11
## OF THE BANKRUPTCY CODE

RESOLVED: Whereas Casa Barca Corp. (the "Corporation") is unable to meet its obligations as they mature; and

Whereas, creditors have undertaken are threatening suit and have threatened to undertake steps to obtain possession of the Corporation's assets against the Corporation; Now therefore,

Be it resolved that a Petition in Proceedings under Chapter 11 of the Bankruptcy Code be filed by the Corporation and that Mr. Lester Nieves, President, be and hereby is authorized to execute on behalf of the Corporation and for it all the necessary documents for the filing of a Petition under Chapter 11 of the Bankruptcy Code; and be it further resolved;

That Mr. Lester Nieves, the President, be and hereby is authorized to pay unto the Clerk of the Court all necessary filing fees required by law by the Corporation or in its behalf, and be it further resolved;

That William M. Vidal Carvajal, P.S.C., Law Offices be employed to act as counsel for the Corporation in such bankruptcy proceedings.

The undersigned hereby certifies that she is the Secretary of the Corporation, and that the above is a true and correct copy of a resolution adopted by the Board of Directors of Corporation at a duly constituted meeting held on the 1rst day of September, 2010, in accordance with its corporate regulations; that quorum was present at said meeting; that said resolution has not been revoked, modified, annulled or amended in any manner whatsoever.

In witness hereof, I have hereunto set my hand and affixed the seal of said corporation this 8th day of September, 2010.

CASA BARCA CORP.
CORPORATE
SEAL
2009
COMMONWEALTH
OF
PUERTO RICO
NO. 18911

ALIEC DIAZ
SECRETARY

I, Aliec Díaz, Secretary of Casa Barca Corp., of legal age, single, and resident of San Juan, Puerto Rico, do hereby certify under penalty of perjury, that the statements contained in the foregoing document are true according to the best of my knowledge, information and belief.

San Juan, Puerto Rico, this 8th day of September, 2010.

ALIEC DIAZ
SECRETARY